UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MANUEL RODRIGUEZ,<br><br>Defendant. | Case No. 1:12-cr-00310-DAD-BAM-1<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>(Doc. No. 290) |

The court has reviewed and considered defense counsel's motion to withdraw as counsel of record and the declaration and memorandum of points and authorities in support thereof. (Doc. No. 290.) The court notes that the defendant was served with the motion and has filed no opposition to it. Moreover, the time for the filing of a notice of appeal has expired with no such notice being filed on behalf of this defendant and, in any event, in his plea agreement this defendant waived both his right to appeal as well as to collaterally attack his plea and sentence.

Good cause appearing, the motion of attorney Patrick Q. Hall, to withdraw as counsel of record on behalf of defendant Juan Manuel Rodriguez (Doc. No. 290) is granted. The hearing on the motion to withdraw noticed for November 20, 2017, is hereby vacated.

IT IS SO ORDERED.

Dated: **November 16, 2017**

UNITED STATES DISTRICT JUDGE

1