HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>JUAN MANUEL RODRIGUEZ,<br><br>*Defendant.* | Case No. 1:12-CR-00310-DAD-BAM<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant, Juan Manuel Rodriguez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On November 28, 2016, Mr. Rodriguez was sentenced to 87 month in custody and 48 months of supervised release. He began serving his term of supervised release on January 24, 2019. Mr. Rodriguez submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that counsel be appointed.

DATED:  March 11, 2022                    */s/ Eric V Kersten*
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __March 14, 2022__                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE