HEATHER E. WILLIAMS, #122664
Federal Defender
REED GRANTHAM, #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JUAN MANUEL RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00310-DAD-1 |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; [PROPOSED] ORDER |
| vs. | |
| JUAN MANUEL RODRIGUEZ, | Hon. Dale A. Drozd |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Laurel Montoya, as well as United States Probation Officer Miriam Olea, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. §

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

    Mr. Rodriguez was sentenced in the instant case on November 28, 2016, to 87 months in custody, with a 4 year term of supervised release to follow. *See* Dkt. #247, #248. Mr. Rodriguez's term of supervised release began on January 24, 2019. As of the date of this filing, Mr. Rodriguez has been on supervised release for a period of approximately 3 years and 3 months, out of the initially imposed 4 year term. During that time, Mr. Rodriguez has not incurred any violations of supervised release and has remained in compliance all terms and conditions. He has maintained a steady residence in Ivanhoe, California, where he resides with his wife and four children. At present, Mr. Rodriguez is on low-risk supervision and is not receiving counseling or drug testing or treatment services from probation and he is living a positive, pro-social, and law-abiding life.

    On March 4, 2022, Mr. Rodriguez's probation officer, Miriam Olea, indicated that probation had "no objections" to early termination in Mr. Rodriguez's case. Office Olea reiterated probation's position in a subsequent email with the parties on April 29, 2022. On April 28, 2022, Assistant United States Attorney Laurel Montoya indicated via email that the government was inclined to agree with the position of probation. This unopposed motion was reviewed and approved by Ms. Montoya and Officer Olea prior to its filing.

    Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Rodriguez and is in the interests of justice.

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Dated: May 3, 2022                           /s/ *Reed Grantham*
                                                      REED GRANTHAM
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      JUAN MANUEL RODRIGUEZ

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Juan Manuel Rodriguez's term of supervised release.

IT IS SO ORDERED.

Dated:  **May 3, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE